IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY RESHAD MIDDLETON,

    Plaintiff,

v.                                     CASE NO.: 4:08cv451-SPM/GRJ

JOHN BARFIELD, et al.,

    Defendants.

_____/

**ORDER**

This cause comes before the Court on the Magistrate Judge's Report and Recommendation (doc. 68) dated February 9, 2010. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. I have determined that the report and recommendation should be adopted. Accordingly, it is ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 68) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for failure to prosecute and failure to exhaust administrative remedies.

DONE AND ORDERED this 11th day of March, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge